JASON K. SINGLETON, State Bar # 166170
jason@singletonlawgroup.com
RICHARD E. GRABOWSKI, State Bar # 236207
rgrabowski@mckinleyville.net
SINGLETON LAW GROUP
611 "L" Street, Suite "A"
Eureka, CA 95501
(707) 441-1177
FAX:  441-1533

E-FILED 07/27/09

JS-6

Attorneys for Plaintiff, SYLVIA SMITH

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA SMITH,<br><br>　　　Plaintiff,<br><br>v.<br><br>JAMES C. RAMOS, individually and dba YUM YUM RESTAURANT, DIVERSITY INVESTMENTS, a California Corporation,  dba YUM YUM RESTAURANT, THERESA M. RAMOS, individually, and DOES ONE TO TEN, inclusive,<br><br>　　　Defendants. | Case No. 2:09-CV-02124 PSG (MANx)<br><br>ORDER OF  DISMISSAL WITH PREJUDICE |

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation for Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

///

///

///

///

ORDER OF DISMISSAL WITH PREJUDICE　　　　　　-1-　　　　　　2:09-CV-02124 PSG (MANx)

1.  The action <u>SYLVIA SMITH v JAMES C. RAMOS, et al.</u>, Case Number CV09-2124 PSG (MANx), is dismissed with prejudice with each party to bear their own attorneys fees and costs.

Dated: __7/27/09_____

*PHILIP S. GUTIERREZ*
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE